*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



★ ★ ★ ★ ★ ★ ★



# MEMORANDUM OPINION

No. 04-11-00250-CV

In the Interest of **R.H.E.**, a Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2010EM502902
Honorable Victor Hugo Negron Jr., Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
             Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice

Delivered and Filed:   February 8, 2012

DISMISSED FOR LACK OF JURISDICTION

This is an appeal from a final judgment under the Uniform Interstate Family Support Act. An associate judge signed a proposed final judgment on November 5, 2010. Because no request for a de novo hearing was filed, the judgment signed by the associate judge became the final judgment of the trial court by operation of law no later than November 16, 2010. *See* TEX. FAM. CODE ANN. §§ 201.1041(a), 201.1042(b) (West 2008); *In re Office of the Attorney General*, 264 S.W.3d 800, 809 (Tex. App.—Houston [1st Dist.] 2008, orig. proceeding).

Appellant filed a timely motion to set aside the judgment. Therefore, the notice of appeal was due on February 14, 2011. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time to file

the notice of appeal was due on March 1, 2011. *See id*. 26.3. Appellant did not file his notice of appeal until March 15, 2011. Appellant did not file a motion for extension of time.

We, therefore, ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Appellant did not respond. Thus, this appeal is dismissed for lack of jurisdiction.

PER CURIAM